In the Matter of the Petition of ABRAHAM J. MULTER, Respondent, for an Order Restraining S. HOWARD COHEN, as President of the Board of Elections, and the BOARD OF ELECTIONS IN THE CITY OF NEW YORK, from Printing upon the Official Ballot to Be Used for Nominations of Candidates for the Democratic Party at the Primary Election to Be Held on September 17th, 1935, the Names of ROBERT J. McGOLDRICK, MORRIS ORNSTEIN and HERMAN M. FRANK, as Designees for the Public Offices of County Judge of the County Court of Kings County, Sheriff of Kings County, and Register of Kings County, Respectively. MORRIS ORNSTEIN and HERMAN M. FRANK, Appellants.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order in so far as it denies motion to direct the board of elections of the city of New York to place and print upon the official ballots of the Democratic party to be used in the primary election of the Democratic party on September 17, 1935, the name of Morris Ornstein as a designee for the public office of sheriff of Kings county and the name of Herman M. Frank as a designee for the public office of register of Kings county, affirmed, without costs, No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Petition of ABRAHAM J. MULTER, Respondent, for an Order Directing S. HOWARD COHEN, as President of the Board of Elections in the City of New York, and the BOARD OF ELECTIONS IN THE CITY OF NEW YORK. to Conduct New Drawings for Positions of the Designees for the Public Offices of County Judge of the County Court, Register and Sheriff, all of Kings County, on the Official Ballot, to Be Used for Nomination of Candidates for the Democratic Party at the Primary Election to Be Held on September 17th, 1935, Appellants.* — The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order granting petitioner's motion for a peremptory mandamus order to compel the board of elections to conduct a new drawing or to make a redetermination by lot of the order or respective positions upon the official primary ballot of the names of the persons designated by petitions filed with said board as candidates for nomination by the Democratic party at the primary election for the public offices of county judge, register and sheriff of Kings county, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.